**Phillip O. BRANSON, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7033.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2014.

Michael A. Leonard, of Wilmington, NC, argued for claimant-appellant.

Jennifer E. Lagrange, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC, and Martie Adelman, Attorney.

LOURIE, DYK, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.